**TEXAS INTERNATIONAL AIRLINES, INC., Plaintiff-Appellee Cross-Appellant,**

v.

**ASSOCIATION OF FLIGHT ATTENDANTS, Defendant-Appellant Cross-Appellee.**

No. 80–2268.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 1982.

Hicks, Gillespie, James & Agee, P.C., Hal K. Gillespie, Dallas, Tex., for defendant-appellant cross-appellee.

Herbert Prashker, New York City, for plaintiff-appellee, cross-appellant.

Before GEE, GARZA and REAVLEY, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed on the basis of the memorandum opinion of Judge Carl O. Bue, Jr. *See Texas International Airlines, Inc. v. Association of Flight Attendants*, 498 F.Supp. 437 (S.D.Tex.1980).

AFFIRMED.